f

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**POUR HOSSEINI JALAI SAMANEH**          **CASE NO.  3:26-CV-00445 SEC P**
**#A221-391-705**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**U S IMMIGRATION & CUSTOMS**            **MAGISTRATE JUDGE PEREZ-**
**ENFORCEMENT**                          **MONTES**

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 12], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that *pro se* Petitioner, Pour Hosseini Jalai Samaneh's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including the Warden of Richwood Correctional Center, must (1) release Petitioner from custody without bond as soon as reasonably possible, under reasonable conditions of supervision if necessary; (2) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of her release no less than two hours before her release; and (3) **notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 27th day of May 2026.

 

 

 

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE